# United States Bankruptcy Court
## Northern District Of Mississippi

YULANDA MOORE
P.O. BOX 132
SHAW, MS 38773

Case No.: 01-11308
SS #1: XXX-XX-9860

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 03 | 07 | 01 | | 05 | 23 | 01 | | 08 | 27 | 04 |

Hardship Discharge

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $    15,171.92

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMERICAN GENERAL-GREENVIL | 001 | Secured | 7,747.36 | 1,190.95 | 4,349.19 | 6,556.41 |
| AMERICAN MODERN INSURANCE | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| ANTHONY W JACKSON, MD | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| AXSYS NATIONAL BANK | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| BELLSOUTH REGIONAL BANKRU | 005 | Unsecured | 760.12 | 15.20 | 0.00 | |
| CATO CORPORATION | 006 | Unsecured | 245.56 | 4.91 | 0.00 | |
| CHARTER BEHAVIORAL HEALTH | 007 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHARTER MEDICAL CORP | 008 | Unsecured | 1,600.06 | 32.00 | 0.00 | |
| COLUMBIA HOUSE | 009 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DELTA COMMUNITY MENTAL HE | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FAMILY MEDICAL CENTER | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST REVENUE ASSURANCE | 012 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SMC | 013 | Unsecured | 620.46 | 12.41 | 0.00 | |
| MCRAES | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TIBBS CLINIC | 015 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| TYCO FIRE & SECURITY, ADT | 016 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| UNITED CREDIT NATIONAL BA | 017 | Unsecured | 1,008.37 | 20.17 | 0.00 | |
| VANDERBILT MORTGAGE | 018 | Secured | 712.17 | 221.28 | 190.22 | 490.89 |
| WILLODENE MICHIE INC | 019 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| YULANDA MOORE | 777 | Refund | 0.00 | 0.00 | 0.00 | |
| VANDERBILT MORTGAGE | 901 | Other | 2,611.29 | 2,577.52 | 0.00 | 33.77 |
| VANDERBILT MORTGAGE | 902 | Other | 4,661.88 | 4,661.88 | 0.00 | |

0004-73-EPIEXX-0030787/0-5254 Case 01-11308 United States Bankruptcy Court 08/03/04 13:30:23 Desc Main
Document Page 2 of 2

## United States Bankruptcy Court
### Northern District Of Mississippi

YULANDA MOORE
P.O. BOX 132
SHAW, MS 38773

Case No.: 01-11308
SS #1: XXX-XX-9860

# FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. |
|---|---|---|---|
| | 03 | 07 | 01 |

| The Plan was confirmed on | MO. | DAY | YR. |
|---|---|---|---|
| | 05 | 23 | 01 |

| The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|
| | 08 | 27 | 04 |

Hardship Discharge

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $   15,171.92

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| YULANDA MOORE | 999 | Refund | 0.00 | 0.00 | 0.00 | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 8,459.53 | 0.00 | 4,234.57 | 0.00 | 7,273.17 | 19,967.27 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 1,412.23 | 0.00 | 84.69 | 0.00 | 7,239.40 | 8,736.32 | |
| INTEREST PAID | 4,539.41 | 0.00 | 0.00 | 0.00 | 0.00 | 4,539.41 | 13,275.73 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| L PAUL KOSSMAN | 1,200.00 | 1,200.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 359.39 | 336.80 | 0.00 | 696.19 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

*Locke D. Barkley*

Aug 27, 2004

Locke D. Barkley

Page 2 of 2